United States District Court

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMOND MARTINEAU,<br><br>Defendant. | Case No.: 26cr3559-AHG<br><br>**Information**<br><br>Title 18, U.S.C., § 111 (a)(1) – Assault on a Federal Officer (Misdemeanor) |

The United States Attorney charges:

On or about November 18, 2025, within the Southern District of California, the defendant, Edmond Martineau, did forcibly assault a person named in Title 18, United States Code, Section 1114, namely, Department of Homeland Security, Homeland Security Investigations Special Agent G. Ramirez, while the agent was engaged in and on account of the performance of official duties; in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

Dated: 09/03/2026.

ADAM GORDON
United States Attorney

Alexandra F. Foster for

ASHLEY KAINO-ALLEN
Assistant U.S. Attorney

AAK:8/18/2026